No. 85-37. SPENDLOVE ET AL. *v.* ANCHORAGE MUNICIPAL ZONING BOARD OF EXAMINERS AND APPEALS ET AL. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. ▪

No. 85-152. THOMPSON ET AL. *v.* FIRST NATIONAL BANK & TRUST CO. Appeal from Cir. Ct. Ky., Kenton County, dismissed for want of jurisdiction.

No. 85-191. ZERMAN ET AL. *v.* AVANT GARDE CONDOMINIUM ASSN., INC., ET AL.; and ZERMAN *v.* WHITE, CLERK OF THE FLORIDA SUPREME COURT, ET AL. Appeals from Sup. Ct. Fla. dismissed for want of jurisdiction. Reported below: 466 So. 2d 218 (first case); 472 So. 2d 1182 (second case).

No. 85-123. MUKA *v.* CARTER, CHIEF DISCIPLINARY COUNSEL. Appeal from Sup. Ct. R. I. dismissed for want of a final judgment.

No. 85-309. ROUSSOS *v.* RETINA CONSULTANTS, P. C. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85-5263. SMITH *v.* SCULLY. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85-231. BOATING INDUSTRY ASSNS. ET AL. *v.* MOORE ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Northwest Wholesale Stationers, Inc.* v. *Pacific Stationery & Printing Co.*, 472 U. S. 284 (1985).